```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEAN HILAIRE, et al.,

                Plaintiffs,

    - against -

UNDERWEST WESTSIDE OPERATING
CORP., et al.,

                Defendants.
------------------------------------------------------------X

19 Civ. 03169 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the telephonic Discovery Conference held before the Court on June 12, 2020, Plaintiffs may mail their notice of pendency to putative class action members directly instead of engaging a third-party notice administrator. In their notice of pendency, Plaintiffs shall provide putative class action members with 90 days to file a consent to joinder form. Sixty (60) days after Plaintiffs have mailed their notice of pendency, Plaintiffs may mail putative class action members a reminder notice. Before any such reminder notice is mailed, Defendants shall have the opportunity to review and comment on the reminder notice, and the parties may bring any disagreements on the reminder notice to the Court's attention.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:      June 12, 2020
               New York, New York

Copies transmitted to all counsel of record.