```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEAN HILAIRE, et al.,

                       Plaintiffs,

           - against -

UNDERWEST WESTSIDE OPERATING
CORP., et al.,

                     Defendants.
------------------------------------------------------------X

19-CV-3169 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Pursuant to the parties' request, this matter is stayed pending mediation. The parties shall jointly report status by **January 21, 2021**, and every 30 days thereafter. Additionally, the parties shall jointly inform the Court within seven days of any of the following: (1) successful mediation; or (2) failed or abandoned mediation.

                                           SO ORDERED.

                                       _____
                                       ROBERT W. LEHRBURGER
                                       UNITED STATES MAGISTRATE JUDGE

Dated: December 14, 2020
        New York, New York

Copies transmitted this date to all counsel of record.