USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEAN HILAIRE, et al.,

                Plaintiffs,

      - against -

UNDERWEST WESTSIDE OPERATING
CORP., et al.,

                Defendants.
-------------------------------------------------------------X

19-CV-3169 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The parties' status report of their efforts to mediate was due by March 24, 2021. The docket does not reflect filing of any update. Accordingly, the parties shall jointly file a letter reporting the status of their mediation efforts no later than **April 9, 2021**.

                                   SO ORDERED.

                                   _____
                                   ROBERT W. LEHRBURGER
                                   UNITED STATES MAGISTRATE JUDGE

Dated: April 5, 2021
       New York, New York

Copies transmitted this date to all counsel of record.