# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

NILS C. SHILLITO
ASSOCIATE
Tel: 718.275.6700
nshillito@hansassociates.com

June 5, 2021

VIA ECF

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2021
```

Re:   **Hilaire, et al. v. Underwest Westside Operating Corp., et al.
      Case No. 19-CV-3169 (PAE)(RWL)**

Dear Judge Lehrburger:

This firm represents the defendants in the above-referenced matter. I write jointly with the consent of counsel for the plaintiffs to respectfully request an extension of time until June 28, 2021 for the parties to file a joint motion for preliminary approval of their anticipated class-wide settlement agreement. This is the parties' first request for such an extension of time. When the parties first notified the Court on April 30, 2021 that they had reached a settlement in principle following extensive mediation efforts, the Court set a deadline of June 5th for the parties to file such motion. The parties report that their efforts to finalize the details of this settlement and agree upon specific terms of a final written settlement agreement are proceeding apace, however, the parties require this additional time in which to do so.

The parties thank the Court once again for providing them with the time necessary to conduct these complex and difficult negotiations.

Respectfully Submitted,

/s/Nils C. Shillito

Nils C. Shillito (NS-6755)

cc:   Arenson, Dittmar & Karban (via ecf)

SO ORDERED:
6/7/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

www.hansassociates.com