

LAW OFFICES

# ARENSON, DITTMAR & KARBAN

**200 PARK AVENUE**
**SUITE 1700**
**NEW YORK, N.Y. 10166**

FACSIMILE
(212) 682-0278

TELEPHONE
(212) 490-3600

June 28, 2021

**VIA ECF**

Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    *Hilaire, et al. v. Underwest Westside Operating Corp., et al.*
                Docket No.: 19-cv-3169 (PAE)(RWL)

Dear Judge Lehrburger:

      We represent Plaintiffs in the above-referenced FLSA/NYLL collective/class action. I write jointly with the consent of counsel for the defendants to respectfully request an extension of time until July 13, 2021 for the parties to file a joint motion for preliminary approval of their anticipated class-wide settlement agreement. This is the parties' second request for such an extension of time.

      The parties reached a settlement in principle following extensive mediation efforts on April 30, 2021. While the parties' efforts to finalize the details of the settlement have continued to progress, they have been impeded by the difficulty Defendants have met in attempting to access their payroll records, as the car wash was closed on June 2, 2019 and the payroll company has not cooperated with its former client. The defendants have therefore had to digitize the hard copies of records in its possession, which has delayed the process of determining the number of class members and the number of weeks worked during the class period. The defendants anticipate having the required information ready this week, at which point the parties should be able to finalize the details of the settlement and the motion.

      The parties again thank the Court for providing them with the time necessary to complete this process.

Respectfully,

Steven Arenson

cc: Nils C. Shillito (via ECF)

SO ORDERED:

6/29/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE