**STEPHEN D. HANS & ASSOCIATES, P.C.**
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

NILS C. SHILLITO
ASSOCIATE
Tel: 718.275.6700
nshillito@hansassociates.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2021

July 9, 2021

VIA ECF

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **Hilaire, et al. v. Underwest Westside Operating Corp., et al.
Case No. 19-CV-3169 (PAE)(RWL)**

Dear Judge Lehrburger:

This firm represents the defendants in the above-referenced matter. I write jointly with the consent of counsel for the plaintiffs to respectfully request an extension of time until July 22, 2021 for the parties to file a joint motion for preliminary approval of their anticipated class-wide settlement agreement. This is the parties' third request for such an extension of time. When the parties first notified the Court on April 30, 2021 that they had reached a settlement in principle following extensive mediation efforts, the Court set a deadline of June 5th for the parties to file such motion. The Court subsequently extended this deadline to June 28th and July 13th, respectively, based upon the parties' prior requests.

The reason for this request for an additional brief extension of this deadline is that the parties have a few outstanding issues regarding their anticipated settlement that they will be submitting to mediator Hunter R. Hughes, Esq. next week for resolution. After these remaining issues have been resolved with the assistance of the mediator, the parties fully anticipated being able to finalize the agreement and submit their preliminary approval motion by July 22nd.

The parties thank the Court once again for providing them with the time necessary to complete these complex and difficult negotiations.

Respectfully Submitted,

/s/Nils C. Shillito

Nils C. Shillito (NS-6755)

cc: Arenson, Dittmar & Karban (via ecf)

SO ORDERED:

7/12/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE