# STEPHEN D. HANS & ASSOCIATES, P.C.
### LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

**NILS C. SHILLITO**
**ASSOCIATE**
Tel: 718.275.6700
nshillito@hansassociates.com

T: 718.275.6700 • F: 718.275.6704

July 22, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2021
```

*VIA ECF*

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: **Hilaire, et al. v. Underwest Westside Operating Corp., et al.**
     **Case No. 19-CV-3169 (PAE)(RWL)**

Dear Judge Lehrburger:

  This firm represents the defendants in the above-referenced matter. I write jointly with the consent of counsel for the plaintiffs to respectfully request an extension of time until August 2, 2021 for the parties to file a joint motion for preliminary approval of their anticipated class-wide settlement agreement. This is the parties' fourth request for such an extension of time. When the parties first notified the Court on April 30, 2021 that they had reached a settlement in principle following extensive mediation efforts, the Court set a deadline of June 5th for the parties to file such motion. The Court subsequently extended this deadline to June 28th, July 13th, and July 22nd, respectively, based upon the parties' prior requests.

  The reason for this request is that the parties are coordinating the settlement of this action with the settlement of a related case in the District of New Jersey, entitled Sawadogo, et al. v. Zap Lube & Car Wash, Inc., et al., Case No.: 20-CV-01196. These efforts to coordinate the settlement of both cases simultaneously have created some additional delays as the parties work to finalize both settlements. At this time, the parties do not anticipate needing to seek a further extension of time beyond that sought herein.

  The parties thank the Court once again for providing them with the time necessary to complete these complex and difficult negotiations.

              Respectfully Submitted,

              /s/Nils C. Shillito

              Nils C. Shillito (NS-6755)

cc: Arenson, Dittmar & Karban (via ecf)

SO ORDERED:

7/23/2021

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE