```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEAN HILAIRE, et al.,                        :
                                             :   19-CV-3169 (PAE) (RWL)
                        Plaintiffs,          :
                                             :
            - against -                      :   ORDER
                                             :
UNDERWEST WESTSIDE OPERATING                 :
CORP., et al.,                               :
                                             :
                        Defendants.          :
                                             :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    The parties have submitted a proposed settlement and class notice for preliminary approval. The motion provides its being heard before me. If the parties wish for the motion and subsequent proceedings to be resolved by me, they should file the appropriate consent form with the District Judge. Otherwise, the motion will be determined by the District Judge. Accordingly, if the parties wish to consent to my jurisdiction for all purposes going forward, they shall file the consent form by **August 17, 2021**.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated: August 10, 2021
       New York, New York

Copies transmitted this date to all counsel of record.