# EXHIBIT E

Case 1:19-cv-03169-RWL   Document 127-5   Filed 08/12/21   Page 1 of 2

**FLSA Claimants**

1. Angel Sandoval
2. Braulio Matamores Flores
3. Carlos de Leon Chiyal
4. Edgar Espinoza
5. Fousseimi Camara
6. Jean Fresnel
7. Jean Hilaire
8. Jean Morose
9. Jean Vertus
10. Jeorge Ventura Concepcion a/k/a Jeorge R. Concepcion
11. Lesly Pierre
12. Noe Perez a/k/a Noe Perez-Gutierrez
13. Sualio Kamagate
14. Bolivio Chavez a/k/a Polivio Chaves
15. Papa Diouf
16. Youssouf Soukouna
17. Victor Manual Catillo a/k/a Victor Castillo Cabrera
18. Kassan Doucoure a/k/a Kassan Doucore
19. Ladji Diagouraga
20. Mahamadou Fisiru
21. Amara Timite
22. Boubacar Diawara
23. Abdoul Amine Cisse a/k/a Abdul Cisse
24. Bully Dukuray
25. Gonzalo Reyes Martinez
26. Abdoul Razak Sambare a/k/a Razack Sambore
27. Arfan Kaba a/k/a Hamady Diawara
28. Aboubacar Doumbia a/k/a Lassine Coulibaly
29. Lambory Sanogo
30. Mahad Drame a/k/a Mehad Drame
31. Marco Escamilla
32. Cheikh Diakhate a/k/a Cheikh M. Diakhata
33. Victor Rodriguez Alarcon
34. Hamet Siby
35. Biraima Cisse a/k/a Biriama Cisse
36. Ibirahima Dambelli a/k/a Ibrahima K. Dambelli
37. Oscar Cruz Disla
38. Ibrahima Sakho a/k/a Ibrahim Sikhou
39. Dansoko Diaguely