UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
JEAN HILAIRE, JEAN FRESNEL, SUALIO KAMAGATE, JEAN VERTUS, FOUSSEIMI CAMARA, JEAN MOROSE, NOE PEREZ, EDGAR ESPINOZA, BOLIVIO CHAVEZ, BRAULIO MATAMORES FLORES, JEORGE VENTURA CONCEPCION, ANGEL SANDOVAL, CARLOS DE LEON CHIYAL, and LESLY PIERRE on behalf of themselves and all others similarly situated who were employed by Underwest West Side Operating,

Plaintiffs,
- against-
UNDERWEST WESTSIDE OPERATING CORP., MOSHE WINER, MARTIN TAUB, AVI GOLAN, AND ELAD EFORATI,
Defendants.
------------------------------------------------------------------ X

<u>Civil Action</u>

Case No.: 19-CV-3169

## **NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE, that Plaintiffs Jean Hilaire, Jean Fresnel, Sualio Kamagate, Jean Vertus, Fousseimi Camara, Jean Morose, Noe Perez, Edgar Espinoza, Bolivio Chavez, Braulio Matamores Flores, Jeorge Ventura Concepcion, Angel Sandoval, Carlos de Leon Chiyal, and Lesly Pierre on behalf of themselves and all others similarly situated who were employed by Underwest Westside Operating Corp., will move before the Honorable Judge Robert W. Lehrburger on February 4, 2022 for an Order for: (1) Final Approval of the Settlement Agreement, (2) Awards of Attorneys' Fees, Costs, and Expenses, (3) Approval of Service Payments to the Representative Plaintiffs, and (4) Payment of the Claims Administrator's Costs and Expenses, and (5) such other and further relief that the Court deems proper. Plaintiffs submit with this motion and its exhibits

thereto, a Memorandum of Law, Declaration from Avi Mermelstein, Esq., and a Declaration from Jeff Johnson.

Dated: New York, New York
      February 4, 2022

Respectfully submitted

*Avi Mermelstein*

_____
Avi Mermelstein
Attorneys for Plaintiffs
200 Park Avenue, Suite 1700
New York, NY 10166
avi@adklawfirm.com
(212) 490-3600